**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Leroy LEE, Jr., Defendant–Appellant.**

**No. 07–13343**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 19, 2008.

Rick D. Collum, The Collum Law Firm, P.C., Moultrie, GA, for Defendant–Appellant.

Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

Before TJOFLAT, BLACK and HILL, Circuit Judges.

PER CURIAM:

Rick Collum, appointed counsel for Leroy Lee, Jr., in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to

withdraw is **GRANTED**, and Lee's convictions and sentence are **AFFIRMED**.